# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 0 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
A. JESSEN
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>vs.<br>Robert Edward Barr | )<br>)<br>)<br>) | Case No. 1:11CR00103 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Robert Edward Barr___, have discussed with ___Montgomery L. Olson___, Pretrial Services Officer, modifications of my release conditions as follows:

The defendant may have contact with his own children, without his wife being present, as long as such contact is in the presence of the defendant's father, Robert Barr, or mother, Gloria Barr. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Robert Barr_   3-31-11
Signature of Defendant   Date

_[signature]_   3/31/11
Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_   3-31-11
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   3-31-2011
Signature of Defense Counsel   Date

**ORDER OF THE COURT**

☒ The above modification of conditions of release is ordered, to be effective on March 31, 2011.
☐ The above modification of conditions of release is *not* ordered.

_[signature] Snyder_   3/31/11
Signature of Judicial Officer   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services