BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>  )<br>   v.  )<br>  )<br>  )<br>ROBERT EDWARD BARR,  )<br>  )<br>         Defendant.  )<br>———————————————— ) | 1:11-cr-00103 AWI<br><br>**STIPULATION TO VACATE MARCH 19, 2012 STATUS CONFERENCE AND SET APRIL 23, 2012 CHANGE OF PLEA HEARING;] ORDER**<br><br>Date: April 23, 2012<br>Time: 10:00 a.m.<br>Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the status conference currently set to be heard in Courtroom Two at 10:00 a.m. on Monday, March 19, 2012 be vacated, and an April 23, 2012 change of plea hearing be set at the same time and place.

   The parties base this stipulation on good cause. Specifically, the parties have negotiated a resolution in this case, which will culminate in defendant changing his plea to Count One in the indictment from not guilty to guilty at the requested change of plea hearing as specified above.  Defendant requests that this hearing take place on April 23, 2012, because

1

he must first tend to completing one or more previously scheduled appointments regarding medical issues that may prove relevant at sentencing.  The parties note that they anticipate defendant will plead guilty to Count One in the indictment at the requested change of plea hearing without a formal plea agreement.

For the above-stated reason, the stipulated vacating of next week's status conference and setting of the April 23, 2012 change of plea hearing will also conserve time and resources for both parties and the court, and the interests of justice served by granting the continuance outweigh defendant's and the public's speedy trial rights pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

```
                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated: March 13, 2012     By: Brian W. Enos_____
                                  BRIAN W. ENOS
                                  Assistant U.S. Attorney


                                  (As auth. 3/13/12)
Dated: March 13, 2012      /s/ Roger K. Vehrs_____
                                  ROGER K. VEHRS
                                  Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:     March 14, 2012          _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

2