1  Roger K. Vehrs (SBN 073018)
   Attorney at Law
2  Post Office Box 1952
3  Fresno, CA 93718
   Telephone No.: (559) 442-4211
4  Facsimile No.: (559) 442-4127

5  Attorney for Defendant, Robert Edward Barr

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Docket No. 1:11-cr-0103 AWI |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY LEAVE THE JURISDICTION |
| ROBERT EDWARD BARR, | ) | |
| Defendant. | ) | |

### ORDER

Upon reading the request by counsel for Defendant Barr,

**IT IS HEREBY ORDERED** that the Defendant is allowed to temporarily leave the jurisdiction in order to travel to Monterey, California from July 30, 2012 until August 1, 2012 .

IT IS SO ORDERED.

Dated:  July 27, 2012                   _____
                                         CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO TEMPORARILY LEAVE THE JURISDICTION