```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559)  497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for Plaintiff
 6       United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:11-CR-00103-AWI |
|---|---|---|
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| ROBERT EDWARD BARR, | ) | |
| Defendant. | ) | |

WHEREAS, on June 20, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the entry of a guilty plea as to Count One of the Indictment by defendant Robert Edward Barr forfeiting to the United States the following property:

  a) HP Presario Laptop Computer seized from defendant By law enforcement on or about February 1, 2011; and,

  b) Compact discs, hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about February 1, 2011.

AND WHEREAS, beginning on June 27, 2012, for at least 30 consecutive days, the United States published notice of the Court's

1 | Order of Forfeiture on the official internet government forfeiture
2 | site www.forfeiture.gov. Said published notice advised all third
3 | parties of their right to petition the Court within sixty (60) days
4 | from the first day of publication for a hearing to adjudicate the
5 | validity of their alleged legal interest in the forfeited property;
6 |         AND WHEREAS, the Court has been advised that no third party has
7 | filed a claim to the subject property and the time for any person or
8 | entity to file a claim has expired.
9 |         Accordingly, it is hereby ORDERED and ADJUDGED:
10 |        1.   A Final Order of Forfeiture shall be entered forfeiting to
11 | the United States of America all right, title, and interest in the
12 | above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of
13 | according to law, including all right, title, and interest of Robert
14 | Edward Barr.
15 |        2.   All right, title, and interest in the above-listed property
16 | shall vest solely in the name of the United States of America.
17 |        3.   The Department of Homeland Security, Immigration Customs
18 | Enforcement or Customs and Border Protection, shall maintain custody
19 | of and control over the subject property until it is disposed of
20 | according to law.
21 |
22 | IT IS SO ORDERED.
23 |
24 | Dated:     October 19, 2012           _____
                                            CHIEF UNITED STATES DISTRICT JUDGE