| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>BRIAN W. ENOS<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, Ca 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　v.<br>ROBERT EDWARD BARR,<br>　　　　　　　Defendant. | Case No: 1:11-cr-00103 LJO<br>**STIPULATION TO CHANGE JANUARY 13, 2020 CONTESTED HEARING ON 12C PETITION TO: (1) INITIAL APPEARANCE ON SUPERSEDING 12C PETITION, OR ALTERNATIVELY, (2) NOTICE OF RESOLUTION RE ORIGINAL PETITION; ORDER**<br><br>Ctrm: 4<br><br>Hon. Lawrence J. O'Neill |

WHEREAS, on November 18, 2019, U.S. Probation filed a one-count 12C violation petition against supervisee Robert Edward Barr ("Barr"), alleging a single charge of prohibited contact with minors. Doc. 42;

WHEREAS, on December 2, 2019, the court held an initial appearance on the violation petition, wherein it set a contested hearing to take place at 11:00 a.m. on January 13, 2020. Doc. 46;

WHEREAS, on December 19, 2019, the court issued a minute order moving the time of the January 13, 2020 contested hearing from 11:00 a.m. to 11:30 a.m. Doc. 47;

1

WHEREAS, the parties have before and since attempted to resolve the matter without having to proceed with a contested hearing. In fact, the undersigned has since spoken both with Barr's counsel and the U.S. Probation Officer supervising him (Jose Pulido), and has learned that the parties continue to work toward a resolution of this case. Although Officer Pulido is on leave through January 6, 2020, he has advised both counsel that, in the event this matter cannot be resolved prior to the January 13 court appearance, he intends to file a superseding 12C violation petition. As a result, rather than a contested hearing on the prior 12C petition, the January 13 court appearance will involve either: (1) the parties advising the court that they were able to resolve the issue contained in the existing 12C violation petition and be prepared to proceed in accordance with this resolution, or alternatively (2) an initial appearance on a superseding petition filed between Officer Pulido's return to the office on January 6 and the January 13 court appearance. The undersigned was able to confirm the above-described course of action with Officer Pulido on December 12, 2019, and again on December 25, 2019.

THE PARTIES HEREBY STIPULATE, in an effort to maximize the efficiency of the court's docket and through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Daniel A. Bacon, counsel for supervisee Barr, that this action's Monday, January 13, 2020 contested hearing at 11:30 a.m. be changed to either the parties' notifying the court that the prior 12C petition has been resolved without the need for a contested hearing, or alternatively an initial appearance on a superseding 12C petition. As such, they do not intend to call witnesses to appear and testify on this date.

///
///
///
///
///
///
///
///

The parties also ask that this matter be advanced from 11:30 a.m. to 8:15 a.m., and have cleared this new time with this court's Courtroom Deputy.

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: December 26, 2019 | By: Brian W. Enos<br>BRIAN W. ENOS<br>Assistant U.S. Attorney |
|  | (As auth. 12/26/19) |
| Dated: December 26, 2019 | /s/ Daniel A. Bacon<br>Daniel A. Bacon<br>Attorney for Robert Edward BArr |

**ORDER**

IT IS SO ORDERED.

Dated: **December 27, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE