# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### MEMORANDUM

Honorable Lawrence J. O'Neill
Chief United States District Court Judge
Fresno, CA.

> RE: Robert Edward Barr
> Docket Number:1:11CR00103-001
> **MODIFICATION TO THE SENTENCING ORDER DATED JANUARY 13, 2020**

Your Honor:

On January 13, 2020, Mr. Robert Barr (Barr) appeared before Your Honor for arraignment on the Superseding Petition filed on January 7, 2020, alleging Charge 1: Prohibited Contact with Minor(s); Charge 2: Failure to Follow Instructions of the Probation Officer; Charge 3: Loitering in an Unauthorized Area; and Charge 4: New Law Violation. At this hearing, Barr verbally entered admissions to Charges 1-3; Charge 4: New Law Violation was dismissed.

All parties agreed to an oral recommendation with no dispositional memorandum to follow. Barr's supervised release was revoked with a recommendation for no custody time; 120 months supervised release, and modification of his special conditions to include Global Positioning System (GPS) for six months. The Court accepted the probation officer's recommendations and sentenced Barr accordingly.

It has come to the undersigned officer's attention that a term of supervised release cannot be revoked without a term of imprisonment being ordered and served. Since the recommendation was for revocation with no custody time, it is deemed inappropriate. As such, the undersigned officer is recommending that the Court modify the sentencing order dated January 13, 2020, and sentence Barr to the following.

**Recommendation:**

> Supervised release heretofore granted on July 2, 2012, is hereby continued with all previously ordered conditions in effect and with the following modification of the special condition(s):
>
> The defendant shall be monitored for a period of 6 months, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon

their ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as authorized by the probation officer.

The undersigned officer discussed the proposed modification of sentence with Barr and his Attorney. Both agreed and accepted the proposed sentence modification.

| Respectfully submitted: | Reviewed by: |
|---|---|
| Jose T. Pulido<br>Senior United States Probation Officer | Tim D. Mechem<br>Supervising United States Probation Officer |

DATED:      January 28, 2020
            Fresno, CA
            jtp

| | |
|---|---:|
| David L. Gappa<br>Assistant United States Attorney | (559) 497-4000<br>Telephone |
| Dan Bacon<br>Defense Counsel | (559) 412-4420<br>Telephone |

Re: **Robert Edward Barr**
　　　**Docket Number: 1:11CR00103-001**
　　　**DISPOSITIONAL MEMORANDUM**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

IT IS SO ORDERED.

　　Dated:　**January 29, 2020**　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: David L. Gappa

Defense Counsel: Dan Bacon

**Re: Robert Edward Barr**
   **Docket Number: 1:11CR00103-001**
   **DISPOSITIONAL MEMORANDUM**