HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-CR-00103-1-LJO |
|---|---|---|
| *Plaintiff,* | ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| ROBERT EDWARD BARR, | ) | |
| *Defendant.* | ) | |

Defendant, Robert Edward Barr, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release. On January 13, 2020, Mr. Barr was sentenced to 72 months in custody and 10 years of supervised release. Mr. Barr began his 10-year term of supervision on September 8, 2017.

Mr. Barr submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed to assist Mr. Barr with terminating his supervised release.

DATED: August 29, 2023                           */s/ Eric V Kersten*
                                                                  ERIC V. KERSTEN
                                                                  Assistant Federal Defender
                                                                  Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **August 29, 2023**             /s/ Barbara A. McAuliffe
                                                                             UNITED STATES MAGISTRATE JUDGE